# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 10-898 consolidated with 10-483

**STATE OF LOUISIANA**

**VERSUS**

**HUNG NGUYEN**

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 07-644
HONORABLE LORI LANDRY, DISTRICT JUDGE

**********

**MARC T. AMY**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Marc T. Amy, and J. David Painter, Judges.

**CONVICTIONS AFFIRMED. SENTENCES VACATED. REMANDED WITH INSTRUCTIONS.**

Alfred F. Boustany, II
Post Office Box 4626
Lafayette, LA 70502
(337) 261-0225
COUNSEL FOR DEFENDANT/APPELLANT:
    Hung Nguyen

Honorable J. Phillip Haney
District Attorney
300 Iberia Street, Suite 200
New Iberia, LA 70560
(337) 369-4420
COUNSEL FOR APPELLEE:
    State of Louisiana

Jeffrey J. Trosclair
Assistant District Attorney
500 Main Street, 5th Floor
Franklin, LA 70538
(337) 828-4100
COUNSEL FOR APPELLEE:
    State of Louisiana

AMY, Judge.

For disposition of this consolidated matter, see *State of Louisiana v. Hung Nguyen*, 10-483 (La.App. 3 Cir. _/_/11), __So.3d__.

**CONVICTIONS AFFIRMED. SENTENCES VACATED. REMANDED WITH INSTRUCTIONS.**